# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

133013-4 & (62)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MORRIS PUMPS, a division of YEOMANS
CHICAGO CORPORATION,
      Plaintiff-Appellee,

v

CENTERLINE PIPING, INC.,
      Defendant,
and

EBI-DETROIT, INC., a/k/a EBI DETROIT, INC.,
      Defendant-Appellant.

_____

SC: 133013
COA: 268717
Wayne CC: 04-422970-CK

R. VANDER LIND & SON, INC., and
CHEMINEER, INC.,
      Plaintiffs-Appellees,

and

ROBBINS & MEYERS, INC.,
      Plaintiff,

v

CENTERLINE PIPING, INC.,
      Defendant,
and

EBI-DETROIT, INC., a/k/a EBI DETROIT, INC.,
      Defendant-Appellant.

_____/

SC: 133014
COA: 268718
Wayne CC: 04-435014-CK

On order of the Court, the motion for leave to file brief amicus curiae is
GRANTED. The application for leave to appeal the December 12, 2006 judgment of the
Court of Appeals is considered, and it is DENIED, because we are not persuaded that the
questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

s1024